NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED

IN THE DISTRICT COURT
OF APPEAL OF FLORIDA
SECOND DISTRICT

HARMON PARKER P.A. F/K/A
DAVIS & HARMON, P.A.,

      Appellant,

 v.

Case No. 2D21-2038
LT Case No. 2010-CA-010757-NC

SANTEK MANAGEMENT,
LLC A/A/O THE GERBER
LAW GROUP, P.A.,

      Appellee.

_____/

Opinion filed July 22, 2022

Appeal from the Circuit Court
for Sarasota County,
Hunter W. Carroll, Judge.

Weslee L. Ferron, and Daniel A. Martinez,
of Segundo Law Group, St. Petersburg,
for Appellant.

Brent G. Steinberg, and Jacob Schuster,
of Swope, Rodante PA, Tampa, for
Appellee.

PER CURIAM.[1]

Appellant, Harmon Parker P.A., challenges the final judgment of the trial court entered following our earlier opinion in this case. We agree with Appellant that the trial court erred in refusing to add The Gerber Law Group, P.A. ("Gerber"), to the final judgment entered below. We reverse and remand with instructions to enter an amended final judgment that includes Gerber.

REVERSED and REMANDED, with instructions.

LAMBERT, BRIAN D., EDWARDS, JAMES A., and HARRIS, JOHN M., Associate Judges, concur.

---

[1] All of the judges on this appeal are sitting as Associate Judges of the Second District Court of Appeal by designation and order of the Chief Justice of the Florida Supreme Court.